# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Carol Youmans, | Civil No. 09- 2487 (RHK/JSM) |
| Plaintiff, | **ORDER FOR JUDGMENT OF DISMISSAL** |
| v. | |
| Client Services, Inc. and Patrick Davis, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 24),

**IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**, on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 5, 2010

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge